# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NICE, WILLIAM ELWYN | § | Case No. 10-71907 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/DANIEL M. DONAHUE_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-71907   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | NICE, WILLIAM ELWYN | Date Filed (f) or Converted (c): | 04/16/10 (f) |
| | | 341(a) Meeting Date: | 06/14/10 |
| For Period Ending: 01/18/12 | | Claims Bar Date: | 09/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 250.00 | 250.00 | | 250.00 | FA |
| 2. Checking Account No. 291007940118 at Bank of Ameri | 3,434.34 | 3,277.38 | | 3,277.38 | FA |
| 3. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 5. 9 mm Taurus hand gun | 250.00 | 180.00 | | 180.00 | FA |
| 6. Life Insurance with Country Life Insurance Company | 14,304.60 | 15,918.07 | DA | 15,918.07 | FA |
| 7. 550 shares of stock in Sauk Valley Bank, Sterling, | 5,500.00 | 5,225.00 | DA | 5,225.00 | FA |
| 8. 100% ownership of Stock in N-Line, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Federal Income Tax Refund | 8,410.00 | 8,468.35 | | 8,468.35 | FA |
| 10. Illinois State Tax Refund | 3,011.00 | 3,011.00 | | 3,011.00 | FA |
| 11. Nice Family Irrevocable Trust of Contingent Intere | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 2004 Chevrolet Tahoe | 8,792.00 | 0.00 | DA | 0.00 | FA |
| 13. 3 desks, 2 desktop computers and conference table | 600.00 | 0.00 | DA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 4.22 | | 4.22 | FA |
| 15. Life Insurance - Reassure America Life Ins. (u) | Unknown | 8,106.17 | | 8,106.17 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $45,801.94    $44,440.19    $44,440.19    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report has been submitted for filing.

Initial Projected Date of Final Report (TFR): 10/01/12    Current Projected Date of Final Report (TFR): 10/01/12

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 16.04e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 10-71907 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | NICE, WILLIAM ELWYN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1729 MONEY MARKET |
| Taxpayer ID No: | *******7836 | | | |
| For Period Ending: | 01/18/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/17/10 | 9 | INTERNAL REVENUE SERVICE | INCOME TAX REFUND | 1124-000 | 8,410.00 | | 8,410.00 |
| 06/17/10 | 9 | INTERNAL REVENUE SERVICE | INTEREST EARNED - INCOME TAX REFUND | 1124-000 | 58.35 | | 8,468.35 |
| 06/17/10 | 10 | STATE OF ILLINOIS TREASURER | INCOME TAX REFUND | 1124-000 | 3,011.00 | | 11,479.35 |
| 06/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 11,479.44 |
| 07/16/10 | 2 | WILLIAM ELWYN NICE | INTEREST IN BANK ACCOUNT | 1129-000 | 61.04 | | 11,540.48 |
| 07/16/10 | 2 | WILLIAM ELWYN NICE | INTEREST IN BANK ACCOUNT | 1129-000 | 3,216.34 | | 14,756.82 |
| 07/20/10 | 1 | WILLIAM ELWYN NICE | CASH ON HAND | 1129-000 | 250.00 | | 15,006.82 |
| 07/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 15,007.15 |
| 08/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,007.53 |
| 09/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 15,007.90 |
| 10/29/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,008.28 |
| 11/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 15,008.65 |
| 12/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,009.03 |
| 01/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,009.41 |
| 02/28/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,009.53 |
| 03/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,009.66 |
| 04/21/11 | 5 | FOREST CITY FIREARMS ERIC R. SONNENBERG 137 N. CHICAGO AVE. ROCKFORD, IL 61107-4401 | SALE PROCEEDS: PERS. PROP | 1129-000 | 180.00 | | 15,189.66 |
| 04/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,189.78 |
| 05/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,189.91 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 TERM: 06/01/11 - 06/01/12 | 2300-000 | | 13.00 | 15,176.91 |
| 06/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,177.03 |
| 07/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,177.15 |
| 08/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,177.29 |

Page Subtotals 15,190.29 13.00

LFORM24 UST Form 101-7-TFR (5/1/2011) *(Page: 4)* Ver: 16.04e

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-71907 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | NICE, WILLIAM ELWYN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1729  MONEY MARKET |
| Taxpayer ID No: | *******7836 | | | |
| For Period Ending: | 01/18/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,177.41 |
| 10/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,177.54 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.34 | 15,158.20 |
| 11/18/11 | 15 | WILLIAM ELWYN NICE | LIFE INSURANCE | 1229-000 | 8,106.17 | | 23,264.37 |
| 11/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 23,264.51 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.35 | 23,243.16 |
| 12/13/11 | 6 | WILLIAM ELWYN NICE | CASH SURRENDER - LIFE INSURANCE | 1129-000 | 15,918.07 | | 39,161.23 |
| 12/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 39,161.50 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.47 | 39,123.03 |
| 01/11/12 | 7 | NATHAN KLOSTER | INTEREST IN STOCK | 1129-000 | 5,225.00 | | 44,348.03 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 44,440.19 | 92.16 | 44,348.03 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 44,440.19 | 92.16 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 44,440.19 | 92.16 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******1729 | 44,440.19 | 92.16 | 44,348.03 |
| | 44,440.19 | 92.16 | 44,348.03 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    29,249.90    79.16

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 18, 2012 |
|---|---|---|---|---|---|---|

Case Number:   10-71907  
Debtor Name:   NICE, WILLIAM ELWYN

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002 | Sapp Bros. Travel Centers, Inc.<br>P. O. Box 45766<br>Omaha, NE 68145-0766 | Unsecured | | $0.00 | $2,041.24 | $2,041.24 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $13.00 | $13.00 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $6,342.50 | $6,342.50 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $141.80 | $141.80 |
| 000001<br>070<br>7100-00 | Megan G. Heeg Esq<br>215 E First St POB 447<br>Dixon, IL 61021 | Unsecured | | $0.00 | $33,110.43 | $33,110.43 |
| 000003<br>070<br>7100-00 | Holmstrom & Kennedy, PC<br>P. O. Box 589<br>800 North Church Street<br>Rockford, IL 61105 | Unsecured | | $0.00 | $2,344.98 | $2,344.98 |
| 000004<br>070<br>7100-00 | David Cook<br>c/o Megan G. Heeg, Esq.<br>215 East First Street<br>P.O. Box 447<br>Dixon, IL 61021 | Unsecured | | $0.00 | $125,488.44 | $125,488.44 |
| 000005<br>070<br>7100-00 | Gold Star FS, Inc.<br>P.O. Box 79<br>Cambridge, IL 61238-0079 | Unsecured | | $0.00 | $1,425.34 | $1,376.66 |
| 000006<br>070<br>7100-00 | Mayo Clinic<br>200 1st ST SW<br>Rochester, MN 55905 | Unsecured | | $0.00 | $1,296.05 | $1,296.05 |
| 000007<br>070<br>7100-00 | Maurer Stutz, Inc.<br>7615 North Harker Drive<br>Peoria, IL 61615 | Unsecured | | $0.00 | $15,474.74 | $15,474.74 |
| 000008<br>070<br>7100-00 | Sauk Valley Bank<br>P.O. Box 1063<br>Sterling, IL 61081 | Unsecured | | $0.00 | $81,557.74 | $81,557.74 |
| 000009<br>070<br>7100-00 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent | Unsecured | | $0.00 | $12,979.77 | $12,979.77 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 18, 2012 |

Case Number:   10-71907  
Debtor Name:   NICE, WILLIAM ELWYN

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | PO Box 248809 Oklahoma City, OK 73124-8809 | | | | | |
| | Case Totals: | | | $0.00 | $282,216.03 | $282,167.35 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-71907
Case Name: NICE, WILLIAM ELWYN
Trustee Name: DANIEL M. DONAHUE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Megan G. Heeg Esq | $ | $ | $ |
| 000003 | Holmstrom & Kennedy, PC | $ | $ | $ |
| 000004 | David Cook | $ | $ | $ |
| 000005 | Gold Star FS, Inc. | $ | $ | $ |
| 000006 | Mayo Clinic | $ | $ | $ |
| 000007 | Maurer Stutz, Inc. | $ | $ | $ |
| 000008 | Sauk Valley Bank | $ | $ | $ |
| 000009 | Fia Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE