UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
NICE, WILLIAM ELWYN                 §        Case No. 10-71907
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/22/2012 in Courtroom 115,

                United States Courthouse
                211 S. Court St.
                Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: /s/ Daniel M. Donahue_____
                                                                                  Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NICE, WILLIAM ELWYN § Case No. 10-71907
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 44,440.19 |
| and approved disbursements of | $ | 92.16 |
| leaving a balance on hand of[1] | $ | 44,348.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 5,194.02 | $ 0.00 | $ 5,194.02 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 6,342.50 | $ 0.00 | $ 6,342.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 141.80 | $ 0.00 | $ 141.80 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 13.00 | $ 13.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 11,678.32 |
| Remaining Balance | $ 32,669.71 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 273,628.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Megan G. Heeg Esq | $ 33,110.43 | $ 0.00 | $ 3,953.20 |
| 000003 | Holmstrom & Kennedy, PC | $ 2,344.98 | $ 0.00 | $ 279.98 |
| 000004 | David Cook | $ 125,488.44 | $ 0.00 | $ 14,982.60 |
| 000005 | Gold Star FS, Inc. | $ 1,376.66 | $ 0.00 | $ 164.36 |
| 000006 | Mayo Clinic | $ 1,296.05 | $ 0.00 | $ 154.74 |
| 000007 | Maurer Stutz, Inc. | $ 15,474.74 | $ 0.00 | $ 1,847.60 |
| 000008 | Sauk Valley Bank | $ 81,557.74 | $ 0.00 | $ 9,737.52 |
| 000009 | Fia Card Services, NA/Bank of America | $ 12,979.77 | $ 0.00 | $ 1,549.71 |

Total to be paid to timely general unsecured creditors        $        32,669.71

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-71907-MB
William Elwyn Nice                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 3            Date Rcvd: Jan 20, 2012
                              Form ID: pdf006            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2012.
```
db          +William Elwyn Nice,    1427 Lois Lane,    Nampa, ID 83686-2852
15427174    +AAA Financial Services,    P. O. Box 15288,    Wilmington, DE 19886-5288
15427175    +Bank of America, N.A.,    P.O. Box 26078,    Greensboro, NC 27420-6078
15427176    +Capital One F.S.B.,    P.O. Box 60024,    City of Industry, CA 91716-0024
15427178     Capital One, N.A.,    P. O. Box 105131,    Atlanta, GA 30348-5131
15427179    +Clifton Gunderson LLP,    2320 North Second Street,    Clinton, IA 52732-2434
15427180    +Dave Cook,    21111 Lake Road,    Morrison, IL 61270-9745
15822753    +David Cook,    c/o Megan G. Heeg, Esq.,    215 East First Street,    P.O. Box 447,
              Dixon, IL 61021-0447
15427181    +DeKalb Feeds, Inc.,    P.O. Box 111,    Rock Falls, IL 61071-0111
15427183     Farm Plan,    P.O. Box 650215,    Dallas, TX 75265-0215
15427184     GM Cardmember Services,    P.O. Box 37281,    Baltimore, MD 21297-3281
15427185     Gold Star FS, Inc.,    P. O. Box 79,    Cambridge, IL 61238-0079
15427186    +Holmstrom & Kennedy, PC,    P. O. Box 589,    800 North Church Street,    Rockford, IL 61103-6978
15427187    +Illinois Fire Store,    243 East Main Street,    P.O. Box 58,    Amboy, IL 61310-0058
15427190     JP Ag Service, Inc.,    24009 Lincoln Road,    Sterling, IL 61081-9176
15427188    +Jones and Coontz,    P.O. Box 111,    Rock Falls, IL 61071-0111
15427191    +Leasing Specialists, Inc.,    P. O. Box 87,    Knoxville, IL 61448-0087
15427192    +Mauer-Stutz, Inc.,    7615 North Harker Drive,    Peoria, IL 61615-1850
15996698    +Maurer Stutz, Inc.,    7615 North Harker Drive,    Peoria, IL 61615-1850
15887954    +Mayo Clinic,    200 1st ST SW,    Rochester, MN 55905-0002
15427189    +Megan G. Heeg Esq,    215 E First St POB 447,    Dixon, IL 61021-0447
15427194    +Mid-West Truckers Assoc.,    P. O. Box 20271,    Springfield, IL 62708-0271
15427195    +Milledgeville Farmers Elevator Co.,    P.O. Box 878,    Milledgeville, IL 61051-0878
15427196    +Mowers Soil Testing Plus, Inc.,    P.O. Box 540,    Toulon, IL 61483-0540
15427197     Northern Grain Marketing LLC,    100 South First Street,    P.O. Box 540,    Harmon, IL 61042-0132
15427198    #+Ottumwa Scales,    4923 118th Avenue,    Ottumwa, IA 52501-9172
15427200    +Sauk Valley Bank,    P.O. Box 1063,    Sterling, IL 61081-8063
15427201    +Swift Financial,    409 Silverside Road,    Wilmington, DE 19809-1770
15427202    +Will-Wyn Cattle Co.,    20780 Carroll Road,    Morrison, IL 61270-9405
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16136667      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 21 2012 04:23:45
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
15427199      E-mail/Text: pgillette@sappbros.net Jan 21 2012 02:14:55     Sapp Bros. Travel Centers, Inc.,
               P. O. Box 45766,    Omaha, NE 68145-0766
                                                                                              TOTAL: 2
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
15427177*    +Capital One F.S.B.,    P.O. Box 60024,    City of Industry, CA 91716-0024
15427182*    +DeKalb Feeds, Inc.,    P.O. Box 111,    Rock Falls, IL 61071-0111
15427193   ##+Mayo Clinic,    P.O. Box 4003,    Rochester, MN 55903-4003
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez              Page 2 of 3              Date Rcvd: Jan 20, 2012
                              Form ID: pdf006            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2012**                          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 3 of 3            Date Rcvd: Jan 20, 2012
                              Form ID: pdf006            Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2012 at the address(es) listed below:

        Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
        Daniel M Donahue    on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        Paul A Osborn    on behalf of Plaintiff  Sauk Valley Bank & Trust Co. osborn@wmpj.com, amber@wmpj.com;teresa@wmpj.com
        Thomas E. Laughlin    on behalf of Debtor William Nice tloff@aol.com

        TOTAL: 5

Case 10-71907    Doc 47    Filed 01/20/12    Entered 01/22/12 23:30:37    Desc Imaged
Certificate of Notice    Page 7 of 7