## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NICE, WILLIAM ELWYN | § | Case No. 10-71907 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sauk Valley Bank P.O. Box 1063 Sterling, IL 61081 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, N.A. P.O. Box 26078 Greensboro, NC 27420 | | | | | |
| | Capital One F.S.B. P.O. Box 60024 City of Industry, CA 91716 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One F.S.B. P.O. Box 60024 City of Industry, CA 91716 | | | | | |
| | Capital One, N.A. P. O. Box 105131 Atlanta, GA 30348-5131 | | | | | |
| | Clifton Gunderson LLP 2320 North Second Street Clinton, IA 52732-1559 | | | | | |
| | DeKalb Feeds, Inc. P.O. Box 111 Rock Falls, IL 61071 | | | | | |
| | DeKalb Feeds, Inc. P.O. Box 111 Rock Falls, IL 61071 | | | | | |
| | Farm Plan P.O. Box 650215 Dallas, TX 75265-0215 | | | | | |
| | GM Cardmember Services P.O. Box 37281 Baltimore, MD 21297-3281 | | | | | |
| | Illinois Fire Store 243 East Main Street P.O. Box 58 Amboy, IL 61310 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Ag Service, Inc. 24009 Lincoln Road Sterling, IL 61081-9176 | | | | | |
| | Jones and Coontz P.O. Box 111 Rock Falls, IL 61071 | | | | | |
| | Leasing Specialists, Inc. P. O. Box 87 Knoxville, IL 61448 | | | | | |
| | Mid-West Truckers Assoc. P. O. Box 20271 Springfield, IL 62708 | | | | | |
| | Milledgeville Farmers Elevator Co. P.O. Box 878 Milledgeville, IL 61051 | | | | | |
| | Mowers Soil Testing Plus, Inc. P.O. Box 540 Toulon, IL 61483 | | | | | |
| | Northern Grain Marketing LLC 100 South First Street P.O. Box 540 Harmon, IL 61042-0132 | | | | | |
| | Ottumwa Scales 4923 118th Avenue Ottumwa, IA 52501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sapp Bros. Travel Centers, Inc. P. O. Box 45766 Omaha, NE 68145-0766 | | | | | |
| | Swift Financial 409 Silverside Road Wilmington, DE 19809 | | | | | |
| | Will-Wyn Cattle Co. 20780 Carroll Road Morrison, IL 61270 | | | | | |
| 000004 | DAVID COOK | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000005 | GOLD STAR FS, INC. | | | | | |
| 000003 | HOLMSTROM & KENNEDY, PC | | | | | |
| 000007 | MAURER STUTZ, INC. | | | | | |
| 000006 | MAYO CLINIC | | | | | |
| 000001 | MEGAN G. HEEG ESQ | | | | | |
| 000002 | SAPP BROS. TRAVEL CENTERS, INC. | | | | | |
| 000008 | SAUK VALLEY BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:    1

Exhibit 8

| Case No: | 10-71907 | MLB | Judge: MANUEL BARBOSA |
|---|---|---|---|
| Case Name: | NICE, WILLIAM ELWYN | | |

For Period Ending:  04/17/12

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Date Filed (f) or Converted (c): | 04/16/10 (f) |
| 341(a) Meeting Date: | 06/14/10 |
| Claims Bar Date: | 09/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 250.00 | 250.00 | | 250.00 | FA |
| 2. Checking Account No. 291007940118 at Bank of Ameri | 3,434.34 | 3,277.38 | | 3,277.38 | FA |
| 3. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 5. 9 mm Taurus hand gun | 250.00 | 180.00 | | 180.00 | FA |
| 6. Life Insurance with Country Life Insurance Company | 14,304.60 | 15,918.07 | DA | 15,918.07 | FA |
| 7. 550 shares of stock in Sauk Valley Bank, Sterling, | 5,500.00 | 5,225.00 | DA | 5,225.00 | FA |
| 8. 100% ownership of Stock in N-Line, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Federal Income Tax Refund | 8,410.00 | 8,468.35 | | 8,468.35 | FA |
| 10. Illinois State Tax Refund | 3,011.00 | 3,011.00 | | 3,011.00 | FA |
| 11. Nice Family Irrevocable Trust of Contingent Intere | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 2004 Chevrolet Tahoe | 8,792.00 | 0.00 | DA | 0.00 | FA |
| 13. 3 desks, 2 desktop computers and conference table | 600.00 | 0.00 | DA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 4.22 | | 4.42 | FA |
| 15. Life Insurance - Reassure America Life Ins. (u) | Unknown | 8,106.17 | | 8,106.17 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $45,801.94        $44,440.19        $44,440.39        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Final report has been submitted for filing.


Initial Projected Date of Final Report (TFR): 10/01/12        Current Projected Date of Final Report (TFR): 10/01/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-71907 -MLB | | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | NICE, WILLIAM ELWYN | | | Bank Name: | Bank of America, NA |
| | | | | Account Number / CD #: | *******1729  MONEY MARKET |
| Taxpayer ID No: | *******7836 | | | | |
| For Period Ending: | 04/17/12 | | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/17/10 | 9 | INTERNAL REVENUE SERVICE | INCOME TAX REFUND | 1124-000 | 8,410.00 | | 8,410.00 |
| 06/17/10 | 9 | INTERNAL REVENUE SERVICE | INTEREST EARNED - INCOME TAX REFUND | 1124-000 | 58.35 | | 8,468.35 |
| 06/17/10 | 10 | STATE OF ILLINOIS TREASURER | INCOME TAX REFUND | 1124-000 | 3,011.00 | | 11,479.35 |
| 06/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 11,479.44 |
| 07/16/10 | 2 | WILLIAM ELWYN NICE | INTEREST IN BANK ACCOUNT | 1129-000 | 61.04 | | 11,540.48 |
| 07/16/10 | 2 | WILLIAM ELWYN NICE | INTEREST IN BANK ACCOUNT | 1129-000 | 3,216.34 | | 14,756.82 |
| 07/20/10 | 1 | WILLIAM ELWYN NICE | CASH ON HAND | 1129-000 | 250.00 | | 15,006.82 |
| 07/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 15,007.15 |
| 08/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,007.53 |
| 09/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.37 | | 15,007.90 |
| 10/29/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,008.28 |
| 11/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.37 | | 15,008.65 |
| 12/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,009.03 |
| 01/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,009.41 |
| 02/28/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,009.53 |
| 03/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,009.66 |
| 04/21/11 | 5 | FOREST CITY FIREARMS ERIC R. SONNENBERG 137 N. CHICAGO AVE. ROCKFORD, IL  61107-4401 | SALE PROCEEDS: PERS. PROP | 1129-000 | 180.00 | | 15,189.66 |
| 04/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,189.78 |
| 05/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,189.91 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 TERM: 06/01/11 - 06/01/12 | 2300-000 | | 13.00 | 15,176.91 |
| 06/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,177.03 |
| 07/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,177.15 |
| 08/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,177.29 |

Page Subtotals          15,190.29          13.00

Ver: 16.06a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  2

Exhibit 9

| Case No: | 10-71907  -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | NICE, WILLIAM ELWYN | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******1729  MONEY MARKET |
| Taxpayer ID No: | *******7836 | | |
| For Period Ending: | 04/17/12 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,177.41 |
| 10/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,177.54 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.34 | 15,158.20 |
| 11/18/11 | 15 | WILLIAM ELWYN NICE | LIFE INSURANCE | 1229-000 | 8,106.17 | | 23,264.37 |
| 11/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 23,264.51 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.35 | 23,243.16 |
| 12/13/11 | 6 | WILLIAM ELWYN NICE | CASH SURRENDER - LIFE INSURANCE | 1129-000 | 15,918.07 | | 39,161.23 |
| 12/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 39,161.50 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.47 | 39,123.03 |
| 01/11/12 | 7 | NATHAN KLOSTER | INTEREST IN STOCK | 1129-000 | 5,225.00 | | 44,348.03 |
| 01/19/12 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 44,348.23 |
| 01/19/12 | | Transfer to Acct #*******3861 | Bank Funds Transfer | 9999-000 | | 44,348.23 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 44,440.39 | 44,440.39 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 44,348.23 | |
| Subtotal | | 44,440.39 | 92.16 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 44,440.39 | 92.16 | |

Page Subtotals                29,250.10              44,427.39

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page:   3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-71907 -MLB |
| Case Name: | NICE, WILLIAM ELWYN |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3861  GENERAL CHECKING |

| | |
|---|---|
| Taxpayer ID No: | *******7836 |
| For Period Ending: | 04/17/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******1729 | Bank Funds Transfer | 9999-000 | 44,348.23 | | 44,348.23 |
| 02/23/12 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Expense | 2100-000 | | 5,194.02 | 39,154.21 |
| 02/23/12 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,342.50 | 32,811.71 |
| 02/23/12 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 141.80 | 32,669.91 |
| 02/23/12 | 000103 | Megan G. Heeg Esq 215 E First St POB 447 Dixon, IL 61021 | Claim 000001, Payment 11.9% | 7100-000 | | 3,953.22 | 28,716.69 |
| 02/23/12 | 000104 | Holmstrom & Kennedy, PC P. O. Box 589 800 North Church Street Rockford, IL 61105 | Claim 000003, Payment 11.9% | 7100-000 | | 279.98 | 28,436.71 |
| 02/23/12 | 000105 | David Cook c/o Megan G. Heeg, Esq. 215 East First Street P.O. Box 447 Dixon, IL 61021 | Claim 000004, Payment 11.9% | 7100-000 | | 14,982.69 | 13,454.02 |
| 02/23/12 | 000106 | Gold Star FS, Inc. P.O. Box 79 Cambridge, IL 61238-0079 | Claim 000005, Payment 11.9% | 7100-000 | | 164.37 | 13,289.65 |
| 02/23/12 | 000107 | Mayo Clinic 200 1st ST SW Rochester, MN 55905 | Claim 000006, Payment 11.9% | 7100-000 | | 154.74 | 13,134.91 |
| 02/23/12 | 000108 | Maurer Stutz, Inc. 7615 North Harker Drive Peoria, IL 61615 | Claim 000007, Payment 11.9% | 7100-000 | | 1,847.61 | 11,287.30 |
| 02/23/12 | 000109 | Sauk Valley Bank P.O. Box 1063 | Claim 000008, Payment 11.9% | 7100-000 | | 9,737.59 | 1,549.71 |

Page Subtotals        44,348.23       42,798.52

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 10-71907 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | NICE, WILLIAM ELWYN | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3861  GENERAL CHECKING |
| Taxpayer ID No: | *******7836 | | |
| For Period Ending: | 04/17/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/23/12 | 000110 | Sterling, IL 61081 Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000009, Payment 11.9% | 7100-000 | | 1,549.71 | 0.00 |

|  |  | COLUMN TOTALS | 44,348.23 | 44,348.23 | 0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | 44,348.23 | 0.00 | |
| | | Subtotal | 0.00 | 44,348.23 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 44,348.23 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********1729 | 44,440.39 | 92.16 | 0.00 |
| GENERAL CHECKING - ********3861 | 0.00 | 44,348.23 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 44,440.39 | 44,440.39 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            1,549.71

Ver: 16.06a